**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DANIEL WOLFE AND NICHOLE WOLFE,**<br><br>PLAINTIFF,<br><br>v.<br><br>**ALLIED TRUSTEE SERVICES,**<br><br>DEFENDANTS. | Case No: 2:13-cv-01966-JAM-AC<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**HON. JOHN A. MENDEZ** |

Based upon the Joint Motion for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice.

IT IS SO ORDERED.

Dated: 12/9/2014                    /s/ John A. Mendez_____
                                    HON. JOHN A. MENDEZ
                                    UNITED STATES DISTRICT JUDGE